# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETI C. SCANLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. MORALES,<br><br>　　　　Defendant. | Case No. 1:15-cv-00212 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF FIRST AMENDED COMPLAINT<br><br>[ECF No. 14] |

　　　　Plaintiff Seti C. Scanlan ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 9, 2015.[1]  On June 8, 2015, Plaintiff filed a First Amended Complaint ("FAC").

　　　　Pending before the Court is Plaintiff's June 12, 2015, motion requesting copy of the FAC.  Plaintiff states he suffers from a mental disorder and he forgot to make a copy of his FAC prior to filing it with the Court.  Plaintiff asks that he be provided a copy.  In this instance, the Court will grant Plaintiff's request.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a copy of his FAC is

///

///

///

---

[1] On February 23, 2015, Plaintiff consented to the jurisdiction of the Magistrate Judge.

1

GRANTED, and the Clerk of Court is DIRECTED to mail Plaintiff a copy of his FAC [ECF No. 12].

IT IS SO ORDERED.

Dated: **June 25, 2015**                         /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE