# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETI C. SCANLAN, | Case No. 1:15-cv-00212 DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| R. MORALES, et al., | |
| Defendants. | |

Plaintiff Seti Scanlan ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 9, 2015.[1]  He filed a First Amended Complaint on June 8, 2015. He named Psychiatric Technician R. Morales as Defendant. On January 21, 2016, the Court screened the complaint and dismissed it for failure to state a claim. Plaintiff was directed to file an amended complaint within thirty days. Over thirty (30) days have passed and Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order. Plaintiff was forewarned that if he failed to file an amended complaint in compliance with the Court's screening order, the action would be dismissed, with prejudice, for failure to state a claim.

Accordingly, IT IS HEREBY ORDERED that the action is DISMISSED WITH

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on February 23, 2015.

1

PREJUDICE for failure to state a claim.  This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:   **March 1, 2016**                              /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE